UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| PURSHE KAPLAN STERLING INVESTMENTS, INC., JOHN PETER PURCELL, KATHERINE FLOUTON, and LISA LAFOND : : : : : Plaintiffs, : : v. : : TONI CAIAZZO NEFF, : Defendant : : | No. 5:20-cv-00878 |

_____

# **O R D E R**

**AND NOW**, this 9th day of September, 2020, upon consideration of the motion for preliminary injunctive relief, ECF No. 7, **IT IS ORDERED THAT**:

1. The motion, ECF No. 7, is **GRANTED.** Neff is precluded from continuing her FINRA arbitration during the pendency of this litigation and said preclusion will continue unless relief from this court is granted at a future date.

2. In accordance with the provisions of Fed. R. Civ. P. 65(c), and for the reasons stated in the Opinion, the Court exercises its discretion and waives the bond requirement for Plaintiffs. *See Temple Univ. v. White*, 941 F.2d 201, 219 (3d Cir. 1991).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

090920